LAURENCE L. ANGELO, ESQ., SB No. 034528
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants City of West Sacramento and Police Officer Timothy Twardosz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENE BEECHAM, Individually and KARENA CRANKSON, Individually, <br><br>　　　　　　　　　　Plaintiffs, <br><br>　vs. <br><br>CITY OF WEST SACRAMENTO; a public entity, West Sacramento Police Officer TWARDOSZ (Badge #126); and DOES 1 through 10, Jointly and Severally, <br><br>　　　　　　　　　　Defendants. | Case No.: 2:07 -CV-01115-LEW-EFB <br><br>**STIPULATION FOR PRODUCTION OF DOCUMENTS BY DEFENDANTS UNDER A PROTECTIVE ORDER AND ORDER** |

## STIPULATION

IT IS STIPULATED by and between the parties hereto through their respective counsel as follows:

1.　That defendants shall produce the following records of the City of West Sacramento Police Department pursuant only to the protective order stipulated to herein: (1) the "Claims Against City 06 Internal Affairs No. 06-CL-

///

///

///

-1-
**STIPULATION FOR PRODUCTION OF DOCUMENTS BY DEFENDANTS UNDER A PROTECTIVE ORDER**

1  09 Beecham"; (2) the "Claims Against City 06 Internal Affairs No. 06-CL-08
2  Crankson"; (3) the personnel file of defendant Timothy Jay Twardosz; (4) the
3  "Internal Affairs 06-IA-14"; (5) the "Twardosz, Tim" background report; and (6)
4  three CD-RW audios pertaining to the incident herein;

5      2.    Defendants shall further produce for inspection at the West Sacramento Police Department all other documents not objected to in defendants' response and objections to "Plaintiffs' Request for Production of Documents and Things to All Defendants (Set One)" and shall allow plaintiffs, through counsel, a reasonable opportunity to inspect and copy said documents or at plaintiffs' request shall copy said documents;

    3.    In producing the above-mentioned documents, defendants may redact anything which is personal and non-case related which defendants maintain as privileged and should not be produced, and defendants shall identify same sufficiently for the purpose of a motion to produce, plaintiffs reserving the right to move to unredact said items and defendants reserving the right to object and oppose such a motion;

    4.    Defendants shall produce the items outlined above within ten days following the execution and service of the protective order stipulated to and shall produce the items for inspection and copying within 15 days thereafter on a date and time mutually agreeable to the parties; and

    5.    All documents set forth in this stipulation and all other documents hereafter produced by defendants shall be subject to the following protective order issued with permission of the Court providing:  (a) that all documents identified and produced herein by defendants shall be used only for this litigation and in the prosecution of this litigation; (b) that all such documents shall not be shown to any person or entity other than with reference to the prosecution of this litigation; and (c) that all documents and copies thereof shall be returned to defendants' counsel within ten

///

days following the termination of this litigation by settlement, verdict, dismissal, or otherwise, upon defendants' written request.

6. As to all items objected to as privileged and to the extent reasonably possible, defendants shall prepare a privilege log within 30 days of the signing of this Stipulation.

Dated: December 19, 2007.                ANGELO, KILDAY & KILDUFF

                                                         /s/Laurence L. Angelo
                                       By: _____
                                           LAURENCE L. ANGELO
                                           Attorneys for Defendants
                                           City of West Sacramento and
                                           Officer Timothy Twardosz

Dated: December 20, 2007.                HADDAD & SHERWIN

                                                       /s/Michael J. Haddad
                                       By: _____
                                         MICHAEL J. HADDAD
                                         Attorneys for Plaintiffs
                                         Karene Beecham and
                                         Karana Crankson

## ORDER

Pursuant to stipulation of the parties, IT IS ORDERED that:

1. That defendants shall produce the following records of the City of West Sacramento Police Department pursuant only to the protective order stipulated to herein: (1) the "Claims Against City 06 Internal Affairs No. 06-CL-09 Beecham"; (2) the "Claims Against City 06 Internal Affairs No. 06-CL-08

Crankson"; (3) the personnel file of defendant Timothy Jay Twardosz; (4) the k"Internal Affairs 06-IA-14"; (5) the "Twardosz, Tim" background report; and (6) three CD-RW audios pertaining to the incident herein;

    2.    Defendants shall further produce for inspection at the West Sacramento Police Department all other documents not objected to in defendants' response and objections to "Plaintiffs' Request for Production of Documents and Things to All Defendants (Set One)" and shall allow plaintiffs, through counsel, a reasonable opportunity to inspect and copy said documents or at plaintiffs' request shall copy said documents;

    3.    In producing the above-mentioned documents, defendants may redact anything which is personal and non-case related which defendants maintain as privileged and should not be produced, and defendants shall identify same sufficiently for the purpose of a motion to produce, plaintiffs reserving the right to move to unredact said items and defendants reserving the right to object and oppose such a motion;

    4.    Defendants shall produce the items outlined above within ten days following the execution and service of the protective order stipulated to and shall produce the items for inspection and copying within 15 days thereafter on a date and time mutually agreeable to the parties; and

    5.    All documents set forth in this stipulation and all other documents hereafter produced by defendants shall be subject to the following protective order issued with permission of the Court providing: (a) that all documents identified and produced herein by defendants shall be used only for this litigation and in the prosecution of this litigation; (b) that all such documents shall not be shown to any person or entity other than with reference to the prosecution of this litigation; and (c) that all documents and copies thereof shall be returned to defendants' counsel within ten days following the termination of this litigation by settlement, verdict, dismissal, or otherwise, upon defendants' written request.

1   6. As to all items objected to as privileged and to the extent reasonably
2 possible, defendants shall prepare a privilege log within 30 days of the signing of
3 this Stipulation.
4 Dated: January 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE