LAURENCE L. ANGELO, ESQ., SB No. 034528        (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants City of West Sacramento and Police Officer Timothy Twardosz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENE BEECHAM, Individually and KARENA CRANKSON, Individually, | Case No.: 2:07 -CV-01115-LEW-EFB |
| Plaintiffs, | **STIPULATION TO EXTEND DISCOVERY CUTOFF DATE AND ORDER THEREON** |
| vs. | |
| CITY OF WEST SACRAMENTO; a public entity, West Sacramento Police Officer TWARDOSZ (Badge #126); and DOES 1 through 10, Jointly and Severally, | |
| Defendants. | |

## STIPULATION

WHEREAS, the Court, has heretofore set a discovery cutoff date herein of March 28, 2008; and

WHEREAS, the parties have diligently attempted to complete discovery prior to that date; and

WHEREAS, through no fault of the parties or their counsel, the parties will be unable to complete discovery on or before March 28, 2008; and

WHEREAS, the parties, through counsel, are willing to stipulate, with the Court's permission, to extending the discovery cutoff date to and including June 2, 2008;

-1-
**STIPULATION TO EXTEND DISCOVERY CUTOFF DATE AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto through their respective counsel that, with permission of the Court, the discovery cutoff date herein be continued and reset to June 2, 2008.

Dated: 2-13-98.                              ANGELO, KILDAY & KILDUFF

                                                   */s/Laurence L. Angelo*
                                     By: _____
                                          LAURENCE L. ANGELO
                                          Attorneys for Defendants
                                          City of West Sacramento and
                                          Officer Timothy Twardosz

Dated: 2-13-08.                              HADDAD & SHERWIN

                                               */s/Michael J. Haddad*
                                     By: _____
                                          MICHAEL J. HADDAD
                                          Attorneys for Plaintiffs
                                          Karene Beecham and
                                          Karana Crankson

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefor, IT IS ORDERED that the discovery cutoff date herein be continued from March 28, 2008 to June 2, 2008.:

    Dated: 2/15/2008

                                          /s/ Ronald S. W. Lew
                                            JUDGE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

I:\LLA\BEECHAM\PLEADINGS\STIPULATION FOR PRODUCTION OF DOCUMENTS BY DEFENDANTS UNDER A PROTECTIVE ORDER.doc

PDF created with pdfFactory trial version www.pdffactory.com