MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

LAURENCE L. ANGELO, ESQ., SB No. 034528
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
ANGELO, KILDAY & KILDUFF
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants City of West Sacramento
and Police Officer Timothy Twardosz

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARENE BEECHAM, Individually and KARENA CRANKSON, Individually,<br><br>                Plaintiffs,<br><br>vs.<br><br>CITY OF WEST SACRAMENTO; a public entity, West Sacramento Police Officer TWARDOSZ (Badge #126); and DOES 1 through 10, Jointly and Severally,<br><br>                Defendants. | Case No.: 2:07-CV-01115-JAM-EFB<br><br>**STIPULATION AND ORDER MODIFYING SUBPOENAS ISSUED BY DEFENDANTS** |

<u>STIPULATION</u>

WHEREAS, Defendants herein have issued subpoenas for the medical and psychiatric records of each Plaintiff in this matter, as set forth below;

-1-
**STIPULATION AND ORDER RE: SUBPOENAS ISSUED BY DEFENDANTS**

1  WHEREAS, Plaintiffs object to the production of their records to Defendants based on
2  the rights of privacy, physician-patient privileges, psychotherapist-patient privileges, of Plaintiffs
3  and their family members, and to the subpoenas as overbroad as to both time and scope; and

4  WHEREAS, the parties to this stipulation are willing to stipulate that Plaintiffs Beecham
5  and Crankson, by and through their attorneys HADDAD & SHERWIN, be given any
6  opportunity to first review said records and object to their production by way of a motion for
7  protective order;

8  NOW, THEREFORE, IT IS STIPULATED as follows:

9  (1) Defendants' subpoena service, COMPEX Legal Services, Inc. [hereafter
10 "COMPEX"] will provide complete copies of all subpoenaed records to Plaintiffs' counsel,
11 HADDAD & SHERWIN, only at this time, and will not provide a copy to Defendants or their
12 attorneys at this time;

13 (2)  COMPEX will provide Plaintiffs' counsel, HADDAD & SHERWIN, complete
14 records [single copy] of Karena Crankson from Capital OB/GYN;

15 (3)  COMPEX will provide Plaintiffs' counsel, HADDAD & SHERWIN, complete
16 records [single copy] of Karene Beecham from the following health care providers:

17  (a) Natomas Primary Care;
18  (b) Kathleen Holmes, LMFT;
19  (c) Allen Hassan, M.D.;
20  (d) Samaan Makram, Ph.D.;
21  (e) Markram Samaan, Ph.D.;
22  (f) Lorraine Stanco, M.D.; and
23  (g) Sutter Connect

24 (4)  Upon receipt of all of the single copies of the records set forth above, HADDAD
25 & SHERWIN, as counsel for Plaintiffs shall review same and within 10 days of said receipt or
26 by June 14, 2008, whichever is later, shall determine whether or not to seek a protective order
27 pertaining to any or all of said records;

28 (5)  The parties shall meet and confer in an attempt to resolve any remaining disputes

1 between them before Plaintiff files a notice and motion for protective order. The notice and
2 motion shall be filed no later than two weeks after the beginning of the parties' meet and confer
3 process, or pursuant to agreement of the parties. The documents for which Plaintiffs' seek a
4 protective order shall be produced to the Court for *in camera* review, if requested or ordered by
5 the Court. With regard to said records about which a motion for protective order is filed, said
6 records shall not be copied -- except by Plaintiff for *in camera* review by the Court -- until the
7 court rules on the motion for protective order and thereafter shall only be used pursuant to the
8 terms of the Court's order;

9     (6) That said motion for protective order will be set on a date and time mutually agreed
10 to by the stipulating parties. Such motion shall be made in accordance with the local rules and
11 within the time limits established by the district judge's scheduling order;

12     (7) That as to any records about which a protective order is not sought, Plaintiff will
13 inform Defendants and COMPEX that said records may be copied and provided to the parties;
14 and

15     (8) This stipulation may be filed with the Court and an order obtained based thereon but
16 need not be so filed in order to be effective.

17

18 Dated: May 13, 2008                           HADDAD & SHERWIN
19
20                                                      By: _/s/_____
21
22                                                      MICHAEL J. HADDAD
23                                                      JULIA SHERWIN,
                                                     Attorneys for Plaintiffs
24                                                      Karene Beecham and
                                                     Karena Crankson
25
26 Dated: _____, 2008.            ANGELO, KILDAY & KILDUFF
27
28                                                      By: _____/s/_____
                                                            LAURENCE L. ANGELO

1
2
3
                          CARRIE A. FREDERICKSON
                          Attorneys for Defendants
                          City of West Sacramento and
                          Officer Timothy Twardosz

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated:  June 30, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE