LAURENCE L. ANGELO, ESQ., SB No. 034528      (SPACE BELOW FOR FILING STAMP ONLY)
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants City of West Sacramento and Police Officer Timothy Twardosz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENE BEECHAM, Individually and KARENA CRANKSON, Individually, <br><br>                    Plaintiffs, <br><br>          vs. <br><br> CITY OF WEST SACRAMENTO; a public entity, West Sacramento Police Officer TWARDOSZ (Badge #126); and DOES 1 through 10, Jointly and Severally, <br><br>                    Defendants. | Case No.: 2:07-CV-01115-LEW-EFB <br><br> **STIPULATION AND ORDER RE HEARING OF MOTION FOR SUMMARY JUDGMENT** <br><br> **Present Hearing Date:  September 17, 2008** <br> **Time:  9:00 a.m.** <br> **Place:  Courtroom No. 6** <br><br> **Before:  The Honorable John A. Mendez** |

## STIPULATION

WHEREAS, Plaintiffs' Motion for Partial Summary Judgment is presently scheduled to be heard on September 17, 2008 with Defendants to file their Opposition no later than August 29, 2008 and Plaintiffs to file their Reply no later than September 10, 2008;

WHEREAS, Defendants have represented to Plaintiffs that Defendants will require additional time within which to respond and oppose said Motion for Partial Summary Judgment;

///

-1-
**STIPULATION AND [PROPOSED] ORDER RE HEARING OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, Plaintiffs are willing to extend the time to do so if all other
2  dates are extended accordingly; and

3  WHEREAS, the Court, through its Clerk, has indicated it will consent to
4  such extensions of time:

5  NOW, THEREFORE, IT IS STIPULATED by and between the parties
6  hereto through their respective counsel and with permission of the Court that:

7  1. Defendants be given to and including Friday, September 5, 2008
8  within which to e-file their Opposition to said Motion for Partial Summary
9  Judgment;

10  2. Plaintiffs be given to and including Wednesday, September 17, 2008
11  within which to e-file their Reply to such Opposition; and

12  3. That the hearing of the Motion for Partial Summary Judgment be
13  continued to Wednesday, October 1, 2008 at 9:00 a.m. in Courtroom No. 6
14  of the above-entitled Court..

15  Dated: _____,2008.         ANGELO, KILDAY & KILDUFF

17                                       By: _____
18                                           LAURENCE L. ANGELO
                                             CARRIE A. FREDERICKSON
19                                        Attorneys for Defendants
                                          City of West Sacramento and
20                                        Officer Timothy Twardosz

22  Dated: _____, 2008.          HADDAD & SHERWIN

24                                       By: _____
                                             MICHAEL J. HADDAD
25                                           JULIA SHERWIN,
                                          Attorneys for Plaintiffs
26                                        Karene Beecham and
                                          Karena Crankson

28  ///

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefor, IT IS ORDERED that:

1. Defendants may have to and including Friday, September 5, 2008 within which to e-file their Opposition to Plaintiffs' pending Motion for Partial Summary Judgment;

2. Plaintiffs may have to and including Wednesday, September 17, 2008 within which to e-file their Reply to such Opposition; and

3. That the hearing date of the above-mentioned Motion is continued from September 17, 2008 to Wednesday, October 1, 2008 at 9:00 a.m. in Courtroom No. 6 of the above-entitled Court..

Dated:  August 25, 2008

                                         /s/ John A. Mendez
                                         JOHN A. MENDEZ, JUDGE
                                         UNITED STATES DISTRICT COURT

I:\LLA\BEECHAM\PLEADINGS\STIPULATIONS\STIPULATION AND [PROPOSED] ORDER RE HEARING OF MOTION FOR PARTIAL SUMMARY JUDGMENT.doc

PDF created with pdfFactory trial version www.pdffactory.com