LAURENCE L. ANGELO, ESQ., SB No. 034528  (SPACE BELOW FOR FILING STAMP ONLY)
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants City of West Sacramento and Police Officer Timothy Twardosz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENE BEECHAM, Individually and KARENA CRANKSON, Individually, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF WEST SACRAMENTO; a public entity, West Sacramento Police Officer TWARDOSZ (Badge #126); and DOES 1 through 10, Jointly and Severally, <br><br>Defendants. | Case No.: 2:07 -CV-01115-JAM-EFB <br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL DISCOVERY DATES, LAW AND MOTION AND PRETRIAL CONFERENCE** <br><br>**Trial Date:  January 12, 2009** |

STIPULATION

WHEREAS, in granting Plaintiffs' Motion to File a First Amended Complaint in an Order dated August 25, 2008, this Honorable Court stated that it would consider honoring a stipulation to modify the PreTrial Scheduling Order;

WHEREAS, Defendants have requested such modification and Plaintiffs, through counsel, are agreed thereto:

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto through their respective counsel that the current pretrial deadlines be modified as follows:

///

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Expert disclosure with Rule 26 Reports from | October 12, 2008 to November 7, 2008; |
| Close of fact discovery: | from September 2, 2008 to November 7, 2008; |
| Close of expert discovery: | to December 19, 2008; |
| Last day for hearing dispositive motions: | from September 17, 2008 to November 19, 2008 at 9:00 a.m.; |
| Last day to file dispositive motion: | October 17, 2008; |
| Pretrial Conference Rescheduled for: | December 12, 2008 at 3 p.m. in Courtroom 6; |
| Last day for parties to file Joint Pretrial Statement: | December 5, 2008. |

THE PARTIES FURTHER AGREE that the current date for trial (January 12, 2009) shall remain unchanged.

Dated: August 28, 2008.                ANGELO, KILDAY & KILDUFF

              */s/Laurence L. Angelo*
            By: _____
             LAURENCE L. ANGELO
             CARRIE A. FREDERICKSON
            Attorneys for Defendants
            City of West Sacramento and
            Officer Timothy Twardosz

Dated: August 28, 2008.                HADDAD & SHERWIN

              */s/ Michael J. Haddad*
            By: _____
             MICHAEL J. HADDAD
             JULIA SHERWIN,
            Attorneys for Plaintiffs
            Karene Beecham and
            Karena Crankson

///

PDF created with pdfFactory trial version www.pdffactory.com

1
## ORDER

2  Pursuant to stipulation of the parties and good cause appearing therefore, IT
3  SO ORDERED.

4

5  Dated: August 28, 2008

6

7

8  /s/ John A. Mendez_____
   HON. JOHN A. MENDEZ, JUDGE
9  UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com