IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARENE BEECHAM, individually,
and KARENA CRANKSON,
individually,

    Plaintiffs,

vs.

CITY OF WEST SACRAMENTO,
a public entity, POLICE OFFICER
TIMOTHY TWARDOSZ, POLICE
OFFICER GEOFFREY ALBERT,
POLICE OFFICER STEVE GODDEN,
POLICE OFFICER ED HENSLEY, and
DOES 4 through 10, Jointly and Severally,

    Defendants.

_____/

No. CIV S-07-1115 JAM EFB

ORDER

On November 6, 2008, plaintiffs re-noticed a motion to compel discovery, and set the matter for hearing before this court on December 10, 2008. The motion seeks to compel further fact discovery, specifically, to compel defendants to produce documents responsive to Plaintiffs' Requests for Production of Documents and Things (Sets 4 and 5). However, the fact discovery deadline in this case closed on November 7, 2008, *see* Dckt. No. 51, and this court has no authority to consider a discovery motion after close of discovery.

////

Accordingly, the December 10, 2008, hearing on plaintiffs' discovery motion filed November 6, 2008 (Dckt. No. 109), is hereby VACATED.

SO ORDERED.

DATED: November 12, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE