UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENE BEECHAM, individually and KARENA CRANKSON, individually,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF WEST SACRAMENTO; a public entity, Police Officer TIMOTHY TWARDOSZ, POLICE OFFICER GEOFFREY ALBERT, POLICE OFFICER STEVE GODDEN, POLICE OFFICER ED HENSLEY, and DOES 4 through 10, Jointly and Severally,<br><br>        Defendants. | Case No. 2:07-CV-01115 JAM-EFB<br><br>ORDER DENYING DEFENDANTS' REQUEST FOR RECONSIDERATION AND MOTION TO STRIKE |

    Defendants' Request for Reconsideration By The District Court of Magistrate Judge's Ruling (Docket at 85) is DENIED.  The Court finds Magistrate Brennan's Order Denying Defendants' Motion to Compel Plaintiffs' Depositions (Docket at 78 – "Order") to be supported by the record and by proper analyses.  Furthermore, the Court finds that the Order is neither contrary to law nor clearly erroneous.  Defendants' Motion to Strike Plaintiffs' Opposition to Defendants' Motion for Reconsideration (Docket at 110) is also DENIED.  Defendants' have failed to demonstrate any unfair

prejudice from the alleged untimely filing of Plaintiffs' Opposition.  The Court further finds that Plaintiffs' explanation for filing their Opposition on November 6, 2008 demonstrates good faith and a rational reason for the alleged late filing.

    IT IS SO ORDERED.

Dated:   November 17, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE