1   MICHAEL J. HADDAD (State Bar No. 189114)
    JULIA SHERWIN  (State Bar No. 189268)
2   HADDAD & SHERWIN
    505 Seventeenth Street
3   Oakland, California  94612
    Telephone: (510) 452-5500
4   Fax: (510) 452-5510

5   Attorneys for Plaintiffs

6                   UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   KARENE BEECHAM, Individually, and    )
    KARENA CRANKSON, Individually        )    No: 2:07 -CV-01115-JAM-EFB
10                                        )
                                          )
11            Plaintiff,                  )    Hon.  John A. Mendez
    vs.                                   )
12                                        )
    CITY OF WEST SACRAMENTO, a            )    **ORDER GRANTING PLAINTIFFS'**
13  public entity, POLICE OFFICER         )    **MOTION TO CERTIFY DEFENDANT**
    TWARDOSZ, POLICE OFFICER              )    **TWARDOSZ'S APPEAL AS**
14  GEOFFREY ALBERT, POLICE               )    **FRIVOLOUS AND DENYING**
    OFFICER STEVE GODDEN, POLICE          )    **DEFENDANTS' MOTION FOR STAY**
15  OFFICER ED HENSLEY, and DOES 4        )
    through 10, Jointly and Severally,    )
16                                        )    Date:  December 3, 2008
                                          )    Time:  9:00 am
17            Defendants.                 )    Place:  Courtroom #6, 14th Floor, USDC
                                          )

18

19      THIS COURT, having considered Plaintiffs' Motion to Certify Defendant Twardosz's

20  Appeal as Frivolous, and Defendants' Motion to Stay Proceedings, having read the parties'

21  briefs and documents filed in connection therewith, being familiar with the court record in

22  this case, and having heard oral argument on this matter,

23      FURTHER, accepting Defendants' stipulation at the hearing on these matters to

24  dismiss Defendant Twardosz's pending interlocutory appeal of this Court's denial of

25  qualified immunity for Plaintiff Beecham's Fourth Amendment claims for use of excessive

26

27  force and false arrest, with the understanding that Defendant Twardosz may reassert the

28  qualified immunity defense at trial,

No: 2:07 -CV-01115-JAM-EFB: ORDER GRANTING PLAINTIFFS' MOTION TO CERTIFY APPEAL AS FRIVOLOUS
AND DENYING DEFENDANTS' MOTION TO STAY PROCEEDINGS                                          1

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED THAT Plaintiffs' motion to certify Defendant Twardosz's

2    pending interlocutory appeal of this Court's denial of qualified immunity for Plaintiff

3    Crankson's Fourth Amendment claims for use of excessive force and false arrest as

4    frivolous (Doc. No. 91), pursuant to <u>Chuman v. Wright</u>, 960 F.2d 104 (9th Cir. 1992), is

5    GRANTED, for the reasons stated on the record.

6    IT IS FURTHER ORDERED THAT Defendants' motion to stay proceedings (Doc.

7

8    No. 111) is DENIED, for the reasons stated on the record.

9

10

11
                                                        /s/ John A. Mendez
12   DATED: 12/15/2008                                  JOHN A. MENDEZ
                                                        UNITED STATES DISTRICT JUDGE
13

14   Approved as to form.

15    Dated: _____.            ANGELO, KILDAY & KILDUFF

16

17                                             By:

18                                             _____
                                                    LAURENCE L. ANGELO
19                                                  CARRIE A. FREDERICKSON
                                               Attorneys for Defendants
20                                             City of West Sacramento and
                                               Officer Timothy Twardosz
21

22    Dated:  December 7, 2008.                HADDAD & SHERWIN

23

24                                             By:    /s/ Michael J. Haddad
                                                     MICHAEL J. HADDAD
25                                                   JULIA SHERWIN,
                                               Attorneys for Plaintiffs
26                                             Karene Beecham and
                                               Karena Crankson
27

28

No: 2:07 -CV-01115-JAM-EFB: ORDER GRANTING PLAINTIFFS' MOTION TO CERTIFY APPEAL AS FRIVOLOUS
AND DENYING DEFENDANTS' MOTION TO STAY PROCEEDINGS                                      2

PDF created with pdfFactory trial version www.pdffactory.com