1  MICHAEL J. HADDAD (State Bar No. 189114)
2  JULIA SHERWIN  (State Bar No. 189268)
   HADDAD & SHERWIN
3  505 Seventeenth Street
   Oakland, California  94612
4  Telephone: (510) 452-5500
   Fax: (510) 452-5510
5
6  Attorneys for Plaintiffs

7  LAURENCE L. ANGELO, ESQ., SB No. 034528
   J. SCOTT SMITH, ESQ., SB No. 151163
8  CARRIE A. FREDERICKSON, ESQ., SB No. 245199
9  ANGELO, KILDAY & KILDUFF
   Attorneys at Law
10 601 University Avenue, Suite 150
   Sacramento, CA  95825
11 Telephone:  (916) 564-6100
12 Telecopier:  (916) 564-6263

13 Attorneys for Defendants

14                **UNITED STATES DISTRICT COURT**
15
                  **EASTERN DISTRICT OF CALIFORNIA**
16

17 KARENE BEECHAM, Individually and      ) Case No.: 2:07 -CV-01115-JAM-EFB
   KARENA CRANKSON, Individually,        )
18                                        )
19                       Plaintiffs,      ) **STIPULATION AND ORDER TO**
                                          ) **DISMISS ALL REMAINING CLAIMS**
20            vs.                         ) **FOR RACIAL PROFILING**
                                          )
21 CITY OF WEST SACRAMENTO, a public     )
   entity, POLICE OFFICER TIMOTHY        )
22 TWARDOSZ, POLICE OFFICER              )
23 GEOFFREY ALBERT, POLICE OFFICER       )
   STEVE GODDEN, POLICE OFFICER ED       )
24 HENSLEY, and DOES 4 through 10, Jointly )
   and Severally,                        )
25                                        )
26                       Defendants.      )
   _____
27
28

## STIPULATION

Plaintiffs, by and through their attorneys, Haddad & Sherwin, hereby consent to dismiss with prejudice all remaining claims for damages and injunctive relief for racial profiling, in particular, claims against Defendants Twardosz and City of West Sacramento for racial profiling in violation of the Fourteenth Amendment, Cal. Civil Code § 52.1 (racial profiling claims only), and Cal. Civil Code § 51.7.

Dated:  December 15, 2008.          HADDAD & SHERWIN

                                    By:  /s/ Michael J. Haddad
                                         MICHAEL J. HADDAD
                                         JULIA SHERWIN,
                                         Attorneys for Plaintiffs

Dated:  December 15, 2008.          ANGELO, KILDAY & KILDUFF

                                    By: /s/ Carrie A. Frederickson
                                         LAURENCE L. ANGELO
                                         J. SCOTT SMITH
                                         CARRIE A. FREDERICKSON
                                         Attorneys for Defendants

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: December 17, 2008

                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com