IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENE BEECHAM, Individually, and KARENA CRANKSON, Individually,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF WEST SACRAMTENTO, a public entity, POLICE OFFICER TIMOTHY TWARDOSZ, POLICE OFFICER GEOFFREY ALBERT, POLICE OFFICER STEVE GODDEN, POLICE OFFICER ED HENSLEY, and DOES 4 through 10, Jointly and Severally.<br><br>    Defendants.<br>_____/ | Case No. 2:07-CV-01115 JAM EFB<br><br>ORDER DENYING PLAINTIFFS' REQUEST FOR RECONSIDERATION |

On February 19, 2009, Plaintiffs filed a request for reconsideration of the magistrate judge's order filed February 4, 2009, ordering Plaintiffs to pay Defendants their reasonable costs associated with Plaintiffs' respective failures to appear

at their originally scheduled psychiatric examinations, and awarding Defendants reimbursement for their reasonable expenses associated with the failure of Mr. Crankson to appear at his initially scheduled and rescheduled depositions. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. Although subsequent misconduct by Defendants is alleged to have occurred, this does not excuse Plaintiffs' misconduct nor render the magistrate judge's orders clearly erroneous or contrary to law.

    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the February 4, 2009 order of the magistrate judge filed is affirmed.

    IT IS SO ORDERED.

Dated: March 3, 2009

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE