1 | MICHAEL J. HADDAD (State Bar No. 189114)
2 | JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
3 | 505 Seventeenth Street
Oakland, California 94612
4 | Telephone: (510) 452-5500
Fax: (510) 452-5510
5 |
6 | Attorneys for Plaintiffs

7 | LAURENCE L. ANGELO, ESQ., SB No. 034528
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
8 | ANGELO, KILDAY & KILDUFF
Attorneys at Law
9 | 601 University Avenue, Suite 150
10 | Sacramento, CA 95825
Telephone: (916) 564-6100
11 | Telecopier: (916) 564-6263
12 |
Attorneys for Defendants City of West Sacramento
13 | and Police Officer Timothy Twardosz

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARENE BEECHAM, Individually and KARENA CRANKSON, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF WEST SACRAMENTO, a public entity, POLICE OFFICER TIMOTHY TWARDOSZ, POLICE OFFICER GEOFFREY ALBERT, POLICE OFFICER STEVE GODDEN, POLICE OFFICER ED HENSLEY, and DOES 4 through 10, Jointly and Severally, <br><br> Defendants. | Case No.: 2:07-CV-01115-JAM-EFB <br><br> **STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AT TRIAL, TOLLING AGREEMENT, AND RELATED MATTERS** |

-1-
**STIPULATION AND PROPOSED ORDER RE: VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AT TRIAL, TOLLING AGREEMENT, AND RELATED MATTERS**
PDF created with pdfFactory trial version www.pdffactory.com

## STIPULATION

WHEREAS, the District Court has ruled on the parties' respective Rule 50 motions at trial; and the District Court has suggested, for purposes of judicial economy and to conserve resources of the Court, jury, and all parties, that the parties reach agreement to dismiss certain remaining claims to allow the presently impaneled jury to render a verdict on the amount of Plaintiffs' damages and to decide Plaintiffs' punitive damages claims, based on the claims on which Plaintiffs have prevailed as of this time; and

WHEREAS, the parties have reached the following agreement, each subpart below being material and necessary for the entire agreement;

THEREFORE, Plaintiffs, through their counsel of record, hereby stipulate to dismiss the following claims, without prejudice:

1. Plaintiff Beecham's Excessive Force claims under California Civil Code § 52.1 against Defendants Hensley, Albert, and Godden;

2. Plaintiff Beecham's and Plaintiff Crankson's Strip Search claims under the Fourth Amendment, Cal. Civil Code § 52.1, and Cal. Penal Code § 4030;

3. Plaintiff Beecham's and Plaintiff Crankson's municipal liability (<u>Monell</u>) claims under the Fourth Amendment against Defendant City of West Sacramento;

4. Plaintiff Beecham's and Plaintiff Crankson's state law claims for Assault;

5. Plaintiff Beecham's and Plaintiff Crankson's state law claims for Intentional Infliction of Emotional Distress.

All parties, through their respective counsel of record, agree that the claims listed above are dismissed without prejudice, and all parties agree to toll the statute of limitations and any other claim presentation and/or claim filing deadline for the claims being voluntarily dismissed at this time. This tolling agreement shall remain in effect until sixty (60) days after any appellate, or district court, reversal of the district court's entry of judgment on any of Plaintiffs' claims, or until all appeals and post-trial motions for new trial and/or entry of judgment by Defendants have been finally adjudicated, whichever is later. In the event judgment in favor of Plaintiffs is affirmed and final for all damages claims on which Plaintiffs have prevailed at this time, and judgment is

PDF created with pdfFactory trial version www.pdffactory.com

satisfied and/or settled between all parties, Plaintiffs agree not to refile or litigate the claims voluntarily dismissed above.

All parties further agree that Plaintiffs reserve the right to seek injunctive relief on any and all claims on which they have presently prevailed, by post-trial motion filed at an appropriate time. Defendants reserve the right to assert all applicable defenses to such injunctive relief.

All parties further agree that in connection with the district court's granting of Plaintiff Beecham's Rule 50 motion on her claim of excessive force under the Fourth Amendment and Cal. Civil Code § 52.1 against Defendant Twardosz and the City of West Sacramento, the Court will give the following special instruction:

> The Court has determined that by having initiated and performed the high-risk stop in this case, Officer Twardosz violated Plaintiff Beecham's right to be free from excessive force under the Fourth Amendment and California Civil Code § 52.1. Therefore, Officer Twardosz and the City of West Sacramento are liable to Plaintiff Beecham not only for officer Twardosz's actions, but also the actions of Officers Hensley, Albert, and Godden which were set in motion by the initiation of the high-risk stop.

By agreeing to the language in the above-mentioned jury instruction, Defendants do not waive any rights on appeal.

All parties further agree that in closing arguments, the parties will not use the term "strip search." However, the parties may argue the extent to which Plaintiff Crankson's damages are affected by raising or lifting her shirt, and whether or not Defendants are responsible for any damages sustained by Plaintiff Crankson due to the raising of lifting of her shirt, and further, all parties may argue the circumstances concerning both Plaintiffs raising or lifting their shirts in connection with punitive damages claims.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 4, 2009                         HADDAD & SHERWIN

                                             By: /s/ Michael J. Haddad

                                                 MICHAEL J. HADDAD
                                                 JULIA SHERWIN,
                                                 Attorneys for Plaintiffs
                                                 Karene Beecham and
                                                 Karena Crankson


Dated: April 4, 2009                         ANGELO, KILDAY & KILDUFF

                                             By: /s/ Laurence L. Angelo
                                                 LAURENCE L. ANGELO
                                                 CARRIE A. FREDERICKSON
                                                 Attorneys for Defendants
                                                 City of West Sacramento and
                                                 Officer Timothy Twardosz


## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: April 6, 2009

                                             /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT

-4-
**STIPULATION AND PROPOSED ORDER RE: VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AT TRIAL, TOLLING AGREEMENT, AND RELATED MATTERS**

PDF created with pdfFactory trial version www.pdffactory.com