MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENE BEECHAM, Individually, and KARENA CRANKSON, Individually<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WEST SACRAMENTO, a public entity, POLICE OFFICER TWARDOSZ, POLICE OFFICER GEOFFREY ALBERT, POLICE OFFICER STEVE GODDEN, POLICE OFFICER ED HENSLEY, and DOES 4 through 10, Jointly and Severally,<br><br>Defendants. | No: 2:07 -CV-01115-JAM-EFB<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF PLAINTIFFS' MOTION FOR LIMITED DISCOVERY RELATED TO INJUNCTIVE RELIEF CLAIMS** |

PDF created with pdfFactory trial version www.pdffactory.com

THIS COURT, having considered Plaintiffs' Ex Parte Application to Shorten Time for Briefing and Hearing Plaintiffs' Motion for Limited Discovery Related to Injunctive Relief Claims, pursuant to Gen. L.R. 6-144,

IT IS HEREBY ORDERED THAT Pursuant to Gen. L.R. 6-144, Plaintiffs' Ex Parte Application is GRANTED as follows:

Defendants' response shall be due May 1, 2009.

Plaintiffs' reply shall be due May 6, 2009.

**The Court shall decide the matter without a hearing.**

<u>April 23, 2009</u>              <u>/s/ John A. Mendez</u>
DATED                              UNITED STATES DISTRICT JUDGE
                                   JOHN A. MENDEZ

No: 2:07 -CV-01115-JAM-EFB: (PROPOSED) ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF PLAINTIFFS' MOTION FOR LIMITED DISCOVERY RELATED TO INJUNCTIVE RELIEF CLAIMS

2

PDF created with pdfFactory trial version www.pdffactory.com